1  [Counsel of Record Listed on Next Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP WILLIAMS, individually; ADELAIDA GALINDEZ, individually; JUPITER RAMIREZ, individually; and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CENTERPLATE, INC., a Delaware Corporation; CENTERPLATE OF DELAWARE, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:11-cv-02159-H-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[Memorandum of Points and Authorities, Declaration of Tim Cunningham filed concurrently herewith]**<br><br>Date:  June 24, 2013<br>Time: 10:30 a.m.<br>Ctrm: 15A |

Scott B. Cooper (State Bar No. 174520)
**THE COOPER LAW FIRM, P.C.**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:  (949) 724-9200
Facsimile:   (949) 724-9255
scott@cooper-firm.com

Roger R. Carter (State Bar No. 140196)
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:  (949) 260-4737
Facsimile:   (949) 260-4754
roger@carterlawfirm.net

Marc H. Phelps (State Bar No. 237036)
**THE PHELPS LAW GROUP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone:  (310) 492-4370
Facsimile:   (310) 492-4371
marc@phelpslawgroup.com

Attorneys for Plaintiff Chip Williams

Raul Cadena (State Bar No. 185787)
**CADENA CHURCHILL LLP**
701 B Street
San Diego, California 92101
Telephone:  (619) 546-0888
Facsimile:   (619) 923-3208
rcadena@cadenachurchill.com

Paul D. Jackson (State Bar No. 59542)
**LAW OFFICES OF PAUL D. JACKSON**
10951 Sorrento Valley Road, Suite 1-G
San Diego, CA 92121
Telephone:  (858) 552-4900
Facsimile:   (858) 552-49904
paul@jacksonlaw.biz

Attorneys for Plaintiffs, Adelaida Galindez and Jupiter Ramirez

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on June 24, 2013, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 15A of the above entitled Court, Chip Williams, Adelaida Galindez and Jupiter Ramirez ("Plaintiffs") will move for an order granting final approval of class action settlement.

Good cause exists for the granting of the motion in that the settlement is fair, reasonable, and adequate. This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of Tim Cunningham filed herewith, the Declarations of Roger R. Carter, Scott Cooper, Marc Phelps, Raul Cadena and Paul Jackson filed in support of the motion for attorneys' fees and costs (which will be heard on the same day as this Motion), and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: May 24, 2013

**THE CARTER LAW FIRM**

By: _____
Roger R. Carter
Attorneys for Plaintiffs and the
Certified Settlement Class